### REILLY, Respondent, *v.* REYNOLDS, Appellant.

*(Common Pleas of New York City and County, General Term.* April 28, 1892.)

Appeal from seventh district court.
Action by Michael Reilly against Edward Reynolds.

Argued before BOOKSTAVER and BISCHOFF, JJ.
*L. McLaughlin,* for appellant.   *Jos. Stein,* for respondent.
No opinion.   Ordered that the judgment be affirmed, with costs.